IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY D. PRICE,

      Plaintiff,                                    No. CIV S-07-2666 MCE GGH PS

      vs.

CITY OF CORNING,                                ORDER

      Defendants.

_____/

      This fee-paid civil rights action was filed in the U.S. District Court for the District of Oregon on October 1, 2007; service of process was made upon defendant on October 5, 2007. The case was transferred to this court on December 11, 2007, by order dated December 6, 2007, pursuant to the venue provisions of 28 U.S.C. § 1406(a).

      Plaintiff proceeds in pro se and, accordingly, this case is referred to the undersigned pursuant to E. D. Cal. L. R. 72-302(c)(21) and 28 U.S.C. § 636(b)(1). This order supercedes the general provisions contained in the "Order Requiring Timely Service and Joint Status Report" issued by this court upon receipt of this case.

      On or before February 8, 2008, defendant shall file an answer to the complaint. Within 30 days after defendant answers, the parties shall confer in person regarding the automatic disclosures required by Fed. R. Civ. P. 26, and cooperate in making the appropriate

disclosures.

On or before March 21, 2008, the parties shall submit a joint status report briefly describing this case and addressing the following:

    (a) Service of process;

    (b) Possible joinder of additional parties;

    (c) Expected or desired amendment of pleadings;

    (d) Jurisdiction and venue;

    (e) Anticipated motions and their scheduling;

    (f) The report required by Rule 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

    (g) Proposed cut-off dates for discovery and law and motion, and dates for pretrial conference and trial;

    (h) Special procedures, if any;

    (i) Estimated trial time; and

    (j) Modification of standard pretrial procedures due to the simplicity or complexity of the proceedings.

So ordered.

DATED: 01/15/08             /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

GGH5:Price2666.ord