IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY D. PRICE,                                       No. CIV S-07-2666-MCE-CMK

    Plaintiff,

    vs.                                                          ORDER

CITY OF CORNING, et al.,

    Defendants.

_____/

    Plaintiff brings this civil rights action, and is proceeding in pro per. On June 23, 2008, plaintiff filed his answers to interrogatories requested by defendants (Doc. 12). Pursuant to Local Rule 33-250(c), responses to interrogatories shall not be filed with the Clerk until there is a proceeding in which the interrogatories are at issue. As plaintiff's responses were improperly filed, they will be disregarded. Plaintiff is informed that he should not file any additional discovery requests or responses with the court unless or until they are subject to a motion to compel or other properly noticed proceeding.

    IT IS SO ORDERED.

DATED: June 26, 2008

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1