IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. PRICE, | No. CIV S-07-2666-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF CORNING, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1981. Pending before the court is defendants' motion for summary judgment, on calendar for oral argument on November 12, 2008. Plaintiff has not filed an opposition to the motion.[1]

  Pursuant to Eastern District of California Local Rules, any opposition "to the granting of the motion shall be in writing and shall be filed with the Clerk not less than fourteen (14) days preceding the noticed . . . hearing date." <u>See</u> Local Rule 78-230(c). The local rules further provide that "[n]o party will be entitled to be heard in opposition to a motion at oral

---

[1] Instead of an opposition to the motion, plaintiff filed a document titled "PLIANTIFFS [sic] SUPPLEMENTAL STATEMENT OF DISCLOSURE PURSUANT TO F.R.C.P. $26" in which he identifies several witnesses, but does not offer any argument or evidence in opposition to defendants' motion.

1 arguments if opposition to the motion has not been timely filed by that party." Id.

2    Accordingly, pursuant to Local Rule 78-230(h), the hearing scheduled for
3 November 12, 2008 at 10:00 a.m. before the undersigned in Redding, California, is hereby taken
4 off calendar and the matter is submitted on the record and briefs.

5    IT IS SO ORDERED.

7 DATED: November 6, 2008

8                _____
               **CRAIG M. KELLISON**
9                UNITED STATES MAGISTRATE JUDGE

2